# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED 2012 AUG -3 PM 12:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY __ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

REFUGIO GARCIA-SOTELO (1),

    Defendant.

CASE NO. 12CR0840-JLS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

8 USC 1326(a) AND (b) DEPORTED ALIEN FOUND IN THE UNITED STATES.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 27, 2012

Janis L. Sammartino
U.S. District Judge